UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 94-228-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) |
| ALFREDO DIAZ | ) ) |
| _____ | ) |

**ORDER**

The defendant's motion for early termination of supervised release [D.E. 92] is DENIED, given that the defendant has failed to make several monthly fine payments.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of April, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           U. S. Probation